

## Case Assignment
## Standard Magistrate Assignment

Case number **3:15MJ-554**

Note: Judge determined by charging documentation.

Assigned on 12/17/2015 11:21:06 AM
Transaction ID: 1691

[ Return ]