USDC KYWD - Minute Order (Rev. 11/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                             **PLAINTIFF**

**VS.**                                         **CRIMINAL ACTION NUMBER: 3:15-MJ-554**

**LOUIS CHARLTON**                                                                **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge and was called in open Court on February 26, 2016 to conduct an initial appearance.

    APPEARANCES
    For the United States:     Jo E. Lawless, Assistant United States Attorney
    For the defendant:        Defendant, Louis Charlton - Present and in custody
    Court Reporter:           Alan Wernecke

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charge contained therein and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found the defendant to be indigent. The Court appointed the Office of the Federal Defender to represent the defendant. Laura R. Wyrosdick, Assistant Federal Defender, was present in the courtroom and accepted the appointment.

The United States having moved for the detention of the defendant;

**IT IS HEREBY ORDERED** that this case is scheduled for a combined preliminary and detention hearing on **Wednesday, March 2, 2016 at 2:00 p.m.** before the Honorable Dave Whalin, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant be remanded to the custody of the U.S. Marshal pending further order of the Court.

This 26th day of February, 2016     **ENTERED BY ORDER OF THE COURT:**
                                                                    **DAVE WHALIN**
                                                                      **UNITED STATES MAGISTRATE JUDGE**
                                                                      **VANESSA L. ARMSTRONG, CLERK**
                                                                      **BY:** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|10