# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

**VS.**                          **CRIMINAL ACTION NUMBER: 3:15MJ-554**

**LOUIS CHARLTON**                                          **DEFENDANT**

## ORDER ON PRELIMINARY AND DETENTION HEARING

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge and was called in open Court on March 2, 2016 to conduct a combined preliminary and detention hearing.

APPEARANCES

| | |
|---|---|
| For the United States: | Jo E. Lawless, Assistant United States Attorney |
| For the defendant: | Defendant, Louis Charlton - Present and in custody |
| | Donald J. Meier, Assistant Federal Defender - Present |
| Court Reporter: | Dena Legg |

The defendant, through counsel, having waived his right to a preliminary hearing in open Court and having executed the appropriate form to that effect;

**IT IS HEREBY ORDERED** that should the Grand Jury return a true bill, this case is scheduled for arraignment proceedings on **Thursday, March 24, 2016 at 9:30 a.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

The Court having heard arguments from counsel as to the matter of detention;

**IT IS FURTHER ORDERED** that the defendant shall be detained and remanded to the custody of the United States Marshal pursuant to the Order of Detention to be entered into the record.

This 2nd day of March, 2016        **ENTERED BY ORDER OF THE COURT:**
                                                           **DAVE WHALIN**
                                                           **UNITED STATES MAGISTRATE JUDGE**
                                                           **VANESSA L. ARMSTRONG, CLERK**
                                                           **BY:** /s/ *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|15