UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

CRIMINAL ACTION NO. 3:15mj-554
UNITED STATES OF AMERICA,                                          PLAINTIFF,

vs.

LOUIS CHARLTON,                                                    DEFENDANT.

### MOTION OF FEDERAL DEFENDER TO WITHDRAW AS COUNSEL

Comes the Assistant Federal Defender, appointed counsel for defendant herein, and moves the Court for leave to withdraw as counsel of record. As grounds for said motion, the undersigned states that he recently received information creating a conflict of interest between the Federal Defender's office and Mr. Charlton. Said conflict ethically requires the Federal Defender office withdraw from this case.

        s/ Donald J. Meier
        Assistant Federal Defender
        200 Theatre Building
        629 Fourth Avenue
        Louisville, Kentucky 40202
        (502) 584-0525

        Counsel for Defendant.

Office of the
FEDERAL DEFENDER
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

## **CERTIFICATE**

  I hereby certify that on March 3, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Jo Lawless, United States Attorney.


                   s/ Donald J. Meier

Office of the
**Federal Defender**
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808