UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

**CRIMINAL ACTION NO. 3:15mj-554**
**UNITED STATES OF AMERICA,** **PLAINTIFF,**

**vs.**

**LOUIS CHARLTON,** **DEFENDANT.**

**ORDER**

Defense counsel for Mr. James having moved the Court to withdraw, and the Court being otherwise advised;

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that _____

_____ is appointed as CJA counsel for Mr. Charlton.