

# Case Assignment
## Standard Criminal Assignment

Case number **3:16CR-33-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 3/16/2016 12:58:37 PM
Transaction ID: 2382

Request New Judge    Return

3/16/2016