UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

CRIMINAL ACTION NO. 3:16CR-33-DJH
UNITED STATES OF AMERICA,                                                                                   PLAINTIFF,

vs.

LOUIS CHARLTON,                                                                                                  DEFENDANT.

**ORDER**

Defense counsel for Mr. Charlton having moved the Court to withdraw, and the Court being otherwise advised;

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that Larry Simon, from the Criminal Justice Act panel list is appointed to represent Mr. Charlton.