**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

UNITED STATES OF AMERICA                              PLAINTIFF

V

CASE NO: 03:16-CR-33-DJH

LOUIS CHARLTON                                           DEFENDANT

**Electronically Filed**

**DEFENDANT'S UNOPPOSED MOTION TO**
**CONTINUE TRIAL DATE**

*****     *****     *****

       Comes the Defendant, LOUIS CHARLTON, by his appointed counsel, and moves this Court to continue the trial date scheduled in the above-styled action. As grounds, the Defendant states as follows:

       1. That the above-named Defendant stands indicted on two counts of possessing and distributing cocaine, as well as two counts involving firearm violations.

       2. The undersigned submits that a postponement of the currently scheduled trial date is necessary so that undersigned counsel has sufficient time to inspect the discovery provided under F.R. Cr. P.16 and engage in discussions with the United States regarding a possible negotiated settlement.

3.  The undersigned has been authorized by the representative of the United States to advise the Court that she has no objection to the granting of this Motion.

WHEREFORE, the Defendant requests this Court to enter an appropriate Order continuing the presently scheduled trial date.

Respectfully submitted,

**s/LARRY D. SIMON**
LARRY D. SIMON
Attorney for Defendant Louis Charlton
222 South First Street, Ste. 307
Louisville, Kentucky 40202-5404
502-589-4566

## CERTIFICATION

It is hereby certified that on April 19, 2016, the foregoing was electronically filed with the Clerk of this Court through the ECF system, which sent electronic notification of such filing to all counsel of record on this case.

s/LARRY D. SIMON
LARRY D. SIMON