**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V | |
| | CASE NO: 03:16-CR-33-DJH |
| LOUIS CHARLTON | DEFENDANT |

**Electronically Filed**

**ORDER**

Defendant, LOUIS CHARLTON, having moved the Court for a continuance of the previously scheduled jury trial date, the attorney for the United States having no objection thereto, and this Court being sufficiently advised:

IT IS HEREBY ORDERED that the previously scheduled trial date of May 17, 2016, is cancelled.

IT IS FURTHER ORDERED that a status conference shall be scheduled for the 17th day of June, 2016, at 10:00 AM; with a trial date of _____,2016, at _____AM.

IT IS FURTHER ORDERED AND ADJUDGED that the period of delay resulting from the continuance of this action be, and the same hereby is, excluded in computing the time within which the trial of the offense charged herein must commence pursuant to 18 USCA 3161(h)(7)(A) and 3161(h)(7)(B)(iv). As grounds for this continuance, the Court finds that the ends of justice are served by granting such motion for a continuance and outweigh the best interest of the public and defendant in a speedy trial, because failure to grant such a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Signed this _____day of _____, 2016.