UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:16-cr-33-DJH

LOUIS CHARLTON, Defendant.

\* \* \* \* \*

## **MEMORANDUM OF CONFERENCE AND ORDER**

The Court conducted a status conference in this matter on June 17, 2016. The defendant was present. The following counsel participated:

    For Plaintiff: Jo Lawless

    For Defendant: Larry Simon

The Court and parties discussed potential evidentiary issues. Counsel for the defendant also advised the Court of a possible conflict with the current trial date. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

1. Counsel for the defendant shall **FILE** any motion regarding potential evidentiary issues on or before **June 21, 2016**.

2. The United States shall **RESPOND** to any evidentiary motion no later than **July 1, 2016**.

3. There shall be no reply.

June 17, 2016

                                    **David J. Hale, Judge**
                                  **United States District Court**

Court Time: 00/10
Court Reporter: Dena Legg