UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                                        CRIMINAL ACTION NO. 3:16CR33-DJH

LOUIS CHARLTON                                        DEFENDANT

*- Filed Electronically -*

**INFORMATION AND NOTICE OF PRIOR CONVICTION OF**
**<u>LOUIS CHARLTON</u>**

Comes the United States of America, by counsel, Jo E. Lawless, Assistant United States Attorney

for the Western District of Kentucky, and hereby serves notice that it intends to seek an enhanced

sentence as prescribed in 21 U.S.C. § 851.   The United States gives notice of the following:

On or about May 13, 1994, in Jefferson Circuit Court case number 93-CR-2867, **CHARLTON** was convicted of possession of a controlled substance (cocaine) and tampering with evidence; and

On or about March 23, 2011, in Jefferson Circuit Court case number 10-CR-3022, **CHARLTON** was convicted of possession of a controlled substance (cocaine)

As a result of this information being filed with the Court and served on the defendant, through counsel,

**Louis Charlton** is now subject to the enhanced penalties set out in 21 U.S.C. § 841(b)(1)(A).

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

<u>/s/ *Jo E. Lawless*</u>
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7065
(502) 582-5097 (Fax)

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing was sent by electronic transmission through the Court's ECF system to defense counsel on July 5, 2016.

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney