UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                                                              CRIMINAL NO. 3:16CR-00033-DJH
*Electronically Filed*

LOUIS CHARLTON                                                                          DEFENDANT

## NOTICE OF ADMINISTRATIVE FORFEITURE

The United States hereby gives notice that the following United States currency, firearms, and ammunition were administratively forfeited by the Bureau of Alcohol Tobacco Firearms and Explosives on May 27, 2015 and March 24, 2016, respectively, and are no longer applicable to the prosecution of the defendant:

a. $96,004.00 United States currency;
b. Springfield Armory Geneseo, IL XD5 pistol, caliber 45, SN: XS561475;
c. SCCY Industries, LLC (SKYY IND) CPX-2 pistol, caliber 9, SN: 193958;
d. 13 rounds assorted ammunition, caliber 45;
e. 91 rounds Winchester-Western ammunition, caliber 9;
f. 29 rounds Winchester-Western ammunition, caliber 45;
g. Smith and Western 4506 pistol, caliber 45, SN: TFE3056;
h. Smith and Wesson SW40VE pistol, caliber 40, SN: DUS9059;
i. 9 rounds Winchester-Western ammunition, caliber 45;
j. 9 rounds Federal ammunition, caliber 40;
k. 4 rounds Winchester-Western ammunition, caliber 40; and
l. 41 rounds Federal ammunition, caliber 40.

Respectfully submitted,

JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

s/ Jo E. Lawless
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202

## CERTIFICATE OF SERVICE

On July 6, 2016, I electronically filed the foregoing through the ECF system, which will send a notice of electronic filing to counsel of record for the defendant, **Donald J. Meier, 629 Fourth Street, Louisville, KY 40202.**

s/Jo E. Lawless
Jo E. Lawless
Assistant United States Attorney