UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:16-cr-33-DJH

LOUIS CHARLTON,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

The Court conducted a telephonic status conference in this matter on July 7, 2016, with the following counsel participating:

    For Plaintiff:     Jo Lawless

    For Defendant:     Larry Simon

The Court and counsel discussed the Court's desire to hold oral argument on the defendant's motion to dismiss the indictment. (Docket No. 24) The parties having agreed, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that the Court will hear oral argument in this matter on **July 14, 2016**, at **10:30 a.m.**, in the Gene Snyder U.S. Courthouse.

July 7, 2016

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/10
Court Reporter: Dena Legg