## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
*Electronically Filed*

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.

                                                                CASE NO: 03:16-CR-33-DJH

LOUIS CHARLTON                                                              DEFENDANT

### MOTION TO CONTINUE
### TRIAL AND REASSIGN
### HEARING DATE

\*\*\*\*\*     \*\*\*\*\*     \*\*\*\*\*

Comes the Defendant, LOUIS CHARLTON, by counsel, and moves this Court to continue the trial and reassign the hearing date scheduled in the above-styled action.  As grounds for this Motion, counsel states as follows:

1. That the above-named Defendant stands indicted on numerous offenses involving distribution of controlled substances and firearm violations.

2. That previously the Defendant filed a Motion to Dismiss the Indictment, to which the United States filed a Response, which is currently scheduled for oral argument on July 14, 2016.

3. An evidentiary hearing is required if the defense provides "sufficiently definite, specific, detailed, and non-conjectural" reasons to enable the court to conclude that *contested issues of fact* are in question (emphasis added). *See United States v. Abboud*, 438 F.3d 554, 577 (6th Cir. 2006),  *quoting United States v. Downs*, No. 96-3862, 1999 WL 130786, at *3 (6th Cir. Jan. 19, 1999) (*citing United States v. Unimex, Inc.,* 991 F.2d 546, 551 (9th Cir.1993))

4. In his Motion to Dismiss, Mr. Charlton has provided facts under seal which mandate dismissal of the Indictment or at the very least suppression of his statements to law enforcement.

5. The United States has responded to the Motion to Dismiss, under seal, with a very different version of what it claims are the facts.

6. Inasmuch as the parties disagree as to the facts as to whether Defendant's statements were coerced, the only way to address this mixed question of fact and law is for the Court to hear proof on the issues. That proof will consist of audio recordings and testimony from law enforcement agencies and Defendant Louis Charlton.

7. The undersigned submits that a postponement of the currently scheduled trial date of July 26, 2016, is necessary so that this Court has the opportunity to take testimony from witnesses and hear the tape recorded statements of the Defendant before issuing a ruling on the pending Motion to Dismiss.

Respectfully submitted,

**s/LARRY D. SIMON**
LARRY D. SIMON
Attorney for Defendant Louis Charlton
222 South First Street, Ste. 307
Louisville, Kentucky 40202-5404
502-589-4566

## CERTIFICATION

I hereby certified that a copy of the foregoing was sent by electronic filing in the Court's ECF system to the Attorney for the United States on the 12th day of July, 2016.

s/LARRY D. SIMON
LARRY D. SIMON