**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CRIMINAL NO. 3:16-CR-33-DJH**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **Electronically Filed** |
| **LOUIS CHARLTON** | **DEFENDANT** |

### ORDER

Defendant, LOUIS CHARLTON, having moved the Court for a reassignment of the previously scheduled hearing and jury trial dates, and this Court being sufficiently advised:

IT IS HEREBY ORDERED that said Motion be GRANTED and the hearing on the Defendant's Motion to Dismiss (Docket No. 24) is rescheduled before the undersigned on the _____day of _____2016, at AM/PM.

IT IS FURTHER ORDERED that the jury trial is rescheduled for the \_\_\_\_\_day of _____, 2016, at AM/PM.

IT IS FURTHER ORDERED AND ADJUDGED that the period of delay resulting from the continuance of this action be, and the same hereby is, excluded in computing the time within which the trial of the offense charged herein must commence pursuant to 18 USCA 3161(h)(1)(C) and 3161(h)(7)(B)(iv).  As grounds for this continuance, the Court finds that the ends of justice are served by granting such motion for a continuance and outweigh the best interest of the public and defendant in a speedy trial, because failure to grant such a continuance

would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Signed this _____ day of July, 2016.