UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:16-cr-33-DJH

LOUIS CHARLTON,     Defendant.

\* \* \* \* \*

## ORDER

Defendant Louis Charlton has moved the Court to continue the jury trial currently scheduled for July 26, 2016, so as to allow additional time for the Court and parties to address the defendant's motion to dismiss the indictment. The motion is agreed to by the United States, with all parties agreed that this delay serves the ends of justice and should be excluded from the Speedy Trial Act. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The motion to continue (Docket No. 35) is **GRANTED**. The jury trial is **RESET** for **October 25, 2016, at 9:30 a.m.**, at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that the period of delay from July 26, 2016, to October 25, 2016, is excludable in computing the time within which the trial must commence under the Speedy Trial Act. The Court further finds that the ends of justice served by granting the motion for continuance outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv);

*Zedner v. United States*, 547 U.S. 489 (2006).  This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government."  § 3161(h)(7)(C).

(3)     All pretrial compliance deadlines (*see* D.N. 21) shall be **EXTENDED** commensurate with this order.

(4)     This hearing on Defendant's motion to dismiss the indictment (D.N. 24) currently scheduled for July 14, 2016, is **RESCHEDULED** for **July 27, 2016**, at **10 a.m.** in the Gene Snyder U.S. Courthouse.

July 13, 2016

David J. Hale, Judge
United States District Court

cc:     Jury Administrator