UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:16-cr-33-DJH

LOUIS CHARLTON,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

The Court conducted a hearing in this matter on July 27, 2016. The defendant was present, and the following counsel participated:

    For Plaintiff:     Jo Lawless

    For Defendant:     Larry Simon

The Court arraigned the defendant on the Superseding Indictment (Docket No. 37). The defendant, by counsel, acknowledged his identity and further acknowledged having been furnished a copy of the Superseding Indictment and advised of the nature of the charges contained therein. Counsel, on behalf of Defendant, waived the reading of the Superseding Indictment and entered a plea of **NOT GUILTY** to the charges contained therein.

The defendant requested the proceedings be sealed due to the sensitive nature of the issues presented. On a preliminary basis, the Court finds the topics at issue to be of a sensitive nature, compelling the Court to at least seal the transcript from the hearing for the time being. This Order to seal may be revisited.

After hearing argument, the Court determined that further briefing on the issues presented in the defendant's motion to dismiss the indictment (D.N. 24) is necessary. And the parties agreed to allow the Court to review the audio recordings of the police interviews of the defendant

1

*in camera* before making any substantive rulings. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

(1) Within **ten (10) days** of the date of entry of this Order, counsel for the defendant shall **SUBMIT** supplemental briefing addressing the factual claims made at today's hearing and, in the alternative to his existing motion to dismiss, shall provide argument for a motion to suppress.

(2) The United States shall have **ten (10) days** from the date of submission of the defendant's supplemental briefing to **RESPOND**. There will be no reply.

(3) Consistent with the Court's findings above regarding the necessity to seal, the parties shall file their briefs under seal.

(4) This matter is set for further argument—and, if necessary, an evidentiary hearing on the supplemental briefing—on **August 24, 2016**, at **10 a.m.**, at the Gene Snyder U.S. Courthouse.

(5) The schedule and deadlines set forth in the Court's July 13, 2016 Order (D.N. 36), including the trial date, shall remain in place.

July 27, 2016

David J. Hale, Judge
United States District Court

Court Time: 00/35
Court Reporter: Dena Legg