UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                              Plaintiff,

v.                                              Criminal Action No. 3:16-cr-33-DJH

LOUIS CHARLTON,                                              Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING

An evidentiary hearing was held in this matter on August 24, 2016, with the following counsel participating:

    For the United States:    Jo Lawless

    For Defendant:    Larry Simon

The Court heard evidence and argument on Defendant's pending motion and took the motion under advisement.

August 24, 2016

**David J. Hale, Judge**
**United States District Court**

Court time: 02/25(c)
Court reporter: Dena Legg

1