UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:16-cr-33-DJH

LOUIS CHARLTON,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

The Court conducted a telephonic status conference in this matter on October 14, 2016, with the following counsel participating:

> For the United States:     Jo E. Lawless
>
> For Defendant Charlton:     Larry Simon

The Court and counsel discussed the procedural posture of the case. Trial remains scheduled for October 25, 2016.

Accordingly, and the Court being sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    A pretrial conference will be held in court on **October 18, 2016, at 3:00p.m.**

(2)    Due to the sensitive nature of the matters discussed, the transcript of this conference will be filed **UNDER SEAL**.

October 17, 2016

**David J. Hale, Judge
United States District Court**

Court Time: 00/15
Court Reporter: Alan Wernecke

1