UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| V. ) | CASE NO. 3:16-CR-33-DJH |
| ) | |
| LOUIS EDWARD CHARLTON ) | |
| ) | |
| DEFENDANT ) | |

**NOTICE OF CHANGE OF MAILING ADDRESS
AND ADDITIONAL EMAIL ADDRESS**

Comes now counsel for Defendant, Louis Edward Charlton, and hereby states that his mailing address has changed effective October 1, 2016:

From:  222 South First Street, Suite 307     **To:  239 South Fifth Street, Suite 1700**
       Louisville, KY 40202                         **Louisville, KY 40202**

and has an additional office email address of:  larrysimonlawoffice@gmail.com.

Please direct any and all further communications and pleadings accordingly.

Respectfully submitted,

/s/  Larry D. Simon
LARRY D. SIMON
239 South Fifth Street, Suite 1700
Louisville, Kentucky 40202-3268
(502) 589-4566
(502) 585-3548-fax
larrysimonlawoffice@gmail.com
*Counsel for Defendant, Louis Edward Charlton*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2016, the foregoing document was electronically filed with the Clerk of the Court, using the Court's CM/ECF system, which will send electronic notification of the filing to those parties who have appeared and are registered as CM/ECF participants.

      /s/ Larry D. Simon
      LARRY D. SIMON