UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,	Plaintiff,

v.	Criminal Action No. 3:16-cr-33-DJH

LOUIS CHARLTON,	Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on November 8, 2016, with the following counsel participating:

    For the United States:    Jo Lawless

    For Defendant:    Larry Simon

Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a further telephonic status conference on **November 14, 2016, at 2:00 p.m.** The Court will initiate the call. Participating counsel shall contact Judge Hale's Case Manager, Natalie Thompson, at nthompson@kywd.uscourts.gov with their preferred contact numbers no later than **9:00 a.m. on November 14, 2016**. Counsel are advised that participation by cellular phone is not permitted.

November 9, 2016

                                              **David J. Hale, Judge**
                                           **United States District Court**

Court Time: 00/15
Court Reporter: Dena Legg