UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                    CRIMINAL ACTION NO. 3:16CR33-DJH

LOUIS CHARLTON                                              DEFENDANT

*Electronically filed*

## JOINT MOTION TO CONTINUE TRIAL

Comes the United States of America, through counsel, Assistant United States Attorney

Jo E. Lawless, and the defendant, Louis Charlton, through counsel, Larry Simon, and jointly

move the Court to continue the trial date currently scheduled for November 21, 2016.   The

parties are actively engaged in ongoing negotiations to resolve the matter short of trial.

Moreover, defense counsel has advised that additional time is needed to obtain information

relevant to Charlton's defense.   The parties, therefore, request that the trial be continued.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7065
Fax (502) 582-5097

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent through the Court's ECF system to defense counsel on November 14, 2016.


/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney