UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL ACTION NO. 3:16CR33-DJH |
| LOUIS CHARLTON | DEFENDANT |

### ORDER

This matter is before the Court on a joint motion to continue the trial in the above-referenced action. **IT IS ORDERED** as follows:

1. The motion is **GRANTED**;

2. The matter is remanded from the Court's November 21, 2016, trial docket and rescheduled for trial on February 28, 2017; and

3. The time between the filing of the joint motion to continue and the February 28, 2017, trial date is excluded from calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). Taking into account due diligence, the ends of justice are best served by allowing the continuance in order to allow reasonable time necessary for effective trial preparation for both parties. The needs of the parties for additional preparation time outweigh the interests of the public and the defendant in a speedy trial.