## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

**CRIMINAL ACTION NO. 3:16-CR33-DJH**

VS.

**Electronically Filed**

LOUIS CHARLTON                                                                           DEFENDANT

### DEFENDANT'S MOTION TO ACCEPT LATE FILINGS

\*      \*      \*

Comes the Defendant, LOUIS CHARLTON, by counsel, and requests the Court to accept the Defendant's Motion to Suppress and Supplemental Trial Memorandum to be filed late. In support of this Motion, the Defendant states as follows:

1. The Memorandum of Conference and Order issued by the Court [DN57] set the dates for pre-trial filings of the parties prior to the jury trial date of February 28, 2017.

2. The focus of the defense in this case has been the circumstances involving the post-arrest interviews of the Defendant and the appropriateness of the prosecution of Mr. Charlton in this Court. The Defendant's previously filed motion in this regard was denied by this Court on October 13, 2016 [Memorandum Opinion and Order Filed Under Seal].

3. Despite the attempts to resolve Mr. Charlton's case by negotiation, it appears a plea agreement will not be forthcoming in this criminal action. Since plea agreements in this District historically require the Defendant to waive his right to appeal, including his right to appeal a ruling

by the trial court of contested search and seizure issues, the undersigned desires to file on behalf of the Defendant the concurrently filed Motion to Suppress Fruits of Search and All Statements Attributed to the Defendant, as well as his Supplemental Trial Memorandum.

Respectfully submitted,

**s/LARRY D. SIMON**
LARRY D. SIMON
Attorney for Defendant LOUIS CHARLTON
The Kentucky Home Life Building
The Seventeenth Floor
239 South Fifth Street
Louisville, Kentucky  40202
502-589-4566

## CERTIFICATE OF SERVICE

It is certified that a copy of the foregoing motion was electronically sent via CM/ECF this the 31st day of January, 2017, to Hon. Jo Lawless, Assistant United States Attorney.

s/LARRY D. SIMON
LARRY D. SIMON