## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

UNITED STATES OF AMERICA                                             PLAINTIFF

**CRIMINAL ACTION NO. 3:16-CR33-DJH**

VS.

**Electronically Filed**

LOUIS CHARLTON                                                       DEFENDANT

## ORDER

On Motion of the Defendant, Louis Charlton, to accept late filings, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Defendant's Motion to accept the late filing of the concurrently filed Motion to Suppress Fruits of Search and All Statements Attributed to the Defendant and Supplemental Trial Memorandum, is granted.