**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CRIMINAL NO. 3:16-CR-33-DJH**

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.

LOUIS CHARLTON                                                        DEFENDANT

### MOTION TO SUPPRESS ALL FRUITS OF SEARCH AND ALL STATEMENTS ATTRIBUTED TO THE DEFENDANT

Comes the Defendant, Louis Charlton, by counsel, and pursuant to the Fourth, Fifth, and Sixth Amendments to the Constitution, moves this Court to suppress from introduction into evidence any and all fruits of the search of his residence on November 16, 2015, as well as any statements attributed to the Defendant as a result of the search.

A Memorandum of Authorities in support of this Motion is filed concurrently herewith.

Respectfully submitted,

**s/LARRY D. SIMON**
LARRY D. SIMON
222 South First Street, Ste. 307
Louisville, Kentucky 40202
502-589-4566
Counsel for Defendant, Louis Charlton

**CERTIFICATE OF SERVICE**

It is hereby certified that this pleading was electronically filed through the ECF system, which will send electronic notice of filing to counsel of record, on this the 31st day of January, 2016.

s/LARRY D. SIMON  
LARRY D. SIMON
