AOC-79-340

Commonwealth of Kentucky
Court of Justice

Ky. Const. §10; RCr 13.10

**SEARCH WARRANT**

RECEIPT NO. 15-1214

Case No. _____
Court: _____
County: _____

TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:

Proof by affidavit having this day been made before me by   Detective Hannah Carroll

a peace officer of   Louisville Metro Police Department

that there is probable and reasonable cause for the issuance of this Search Warrant as set out in the affidavit attached hereto and made a part hereof as if fully set forth herein; you are commanded to make immediate search of the premises known and numbered as

3937 S. 5th St
Louisville KY 40214

and more particularly described as follows:
A single family dwelling that sits on the east side of 5th Street between W. Kenton Street and W. Evelyn Avenue. The house is a two story, wood frame structure with white vinyl siding and gable roof. There are a series of concrete steps that lead up to the covered front porch. The porch is surrounded by a half, red brick wall and two red brick columns support the roof. There is a white security door with a window that covers the white entry door. The numerals 3937 appear in black south of the entry door. The second story has an extended gabled roof with three windows that are covered by an awning.

and/or in a vehicle or vehicles described as:
2000 Gold Lexus, SUV, bearing Kentucky tag 750NNT, VIN JT6HF10U2Y0104518
2007 Dodge Challenger, bearing Kentucky tag 682RVC, VIN 2B3KA43G97H809817

CLERK BY _____ D.C.

2015 NOV 18 AM 9 27

and/or on the person or persons of:
Louis Edward Charlton SR DOB: 1/20/73 SSN: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
Misty Finley DOB:5/27/80 SSN: 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

the following described personal property:

Any and all narcotics or drug paraphernalia as defined in KRS 218A. Any US currency or monies that are proceeds from drug trafficking. Any firearms or weapons that may be used to protect narocites or US currency. Any paperwork that may be a record of narcotics sales or that may indicatia of transport, concealment or sales of narcotics. Any paper that may be evidence of individuals living in the residence. Any electronic recording media, computers, software, or other such devices that may be used to hold or document illegal narcotics activity.

(Continued on back)

and if you find the above described property or any part thereof you will seize the property and deliver it forthwith to me or any other court in which the offense in respect to which property or things taken is triable, or retain it in your custody subject to order of said court.

_11-16_, 201_5_ 

_____ Judge
Jeff. Cir. Court

Executed on this the __16th__ day of __November__, 20_15_, by Officer __Hannah E Carroll__, of the __LMPD__, badge number __7932__, by searching said premises/vehicle/persons described herein and by seizing the following:

| | | |
|---|---|---|
| AOC-82-335<br><br>Commonwealth of Kentucky<br>Court of Justice<br><br>Ky. Const. §10; RCr 13.10 | <br><br>AFFIDAVIT FOR<br>SEARCH WARRANT | Case No. _____<br>Court: _____<br>County: _____ |

The affiant,   Detective Hannah Carroll _____, a peace officer of

Louisville Metro Police Department _____,

being first duly sworn, states that he has and there is reasonable and probable grounds to believe and affiant does believe that there is now on the premises known and numbered as
3937 S. 5th Street
Louisville KY 40214

and more particularly described as follows:
A single family dwelling that sits on the east side of 5th Street between W. Kenton Street and W. Evelyn Avenue. The house is a two story, wood frame structure with white vinyl siding and gable roof. There are a series of concrete steps that lead up to the covered front porch. The porch is surrounded by a half, red brick wall and two red brick columns support the roof. There is a white security door with a window that covers the white entry door. The numerals 3937 appear in black south of the entry door. The second story has an extended gabled roof with three windows that are covered by an awning.

and/or in a vehicle or vehicles described as:
2000 Gold Lexus, SUV, bearing Kentucky tag 750NNT, VIN JT6HF10U2Y0104518
2007 Dodge Challenger, bearing Kentucky tag 682RVC, VIN 2B3KA43G97H809817

and/or on the person or persons of:
Louis Edward Charlton SR DOB: 1/20/73 SSN: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
Misty Finley DOB:5/27/80 SSN: 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

the following described personal property, to wit:

Any and all narcotics or drug paraphernalia as defined in KRS 218A. Any US currency or monies that are proceeds from drug trafficking. Any firearms or weapons that may be used to protect narcotics or US currency. Any paperwork that may be a record of narcotics sales or that may indicate of transport, concealment or sales of narcotics. Any paper that may be evidence of individuals living in the residence. Any electronic recording media, computers, software, or other such devices that may be used to hold or document illegal narcotics activity.

AOC-82-335
Affidavit for Search Warrant
p. 2

(Continued on back)

Affiant states that there is probable and reasonable cause to believe and affiant does believe that said property constitutes (check appropriate box or boxes):

☐ stolen or embezzled property;

☒ property or things used as the means of committing a crime;

☒ property or things in the possession of a person who intends to use it as a means of committing a crime;

☒ property or things in the possession of a person to whom it was delivered for the purpose of concealing it or preventing its discovery and which is intended to be used as a means of committing a crime;

☒ property or things consisting of evidence which tends to show that a crime has been committed or that a particular person has committed a crime.

Affiant has been an officer in the aforementioned agency for a period of __5__ years and the information and observations contined herein were received and made in his capacity as an officer thereof.

On the __5th__ day of __November__, 20 __15__ at approximately __10:00__ a.m. ☐ p.m. ☒, affiant received information from/observed:

Affiant received information from a credible and reliable confidential informant (CI) (KRE 508), who has been involved in narcotic and firearm trafficking for an extended period of time. The informant is familiar with the way narcotics are packaged, weighed, transported, sold and used. The CI has provided affiant with creditable and reliable information that led to other arrest and investigations. Affiant corroborated all information that CI provided in the past, as well as, information provided during the current investigation.

CI informed affiant that Louis CHARLTON, aka "Freaky Lou" was in possession of a firearm and is selling large amounts of powder and crack cocaine out of his residence at 3937 South 5th Street. CI further stated that CHARLTON and his girlfriend, Misty FINLEY, are driving a gold Lexus SUV and a red Dodge Challenger.

Affiant contacted other law enforcement officers who are familiar with CHARLTON from a previous case. Affiant was advised that CHARLTON shares his residence with Misty FINLEY. Affiant was advised by other law enforcement officers that in 2011,11-F-005488, CHARLTON consented to a search of his residence he shared with Misty FINLEY at 929 Burton Avenue, Louisville, KY 40208. During the search CHARLTON was in possession of crack cocaine, marijuana, scales and a handgun. CHARLTON is a confirmed convicted felon who is prohibited from possessing firearms. CHARLTON is also a confirmed "Park Hill Crip" gang member through LMPD data base. CHARLTON is a convicted felon under cases: 93-CR-002867 –POCS – Cocaine, 10-CR-003022 – POCS- Cocaine, POM, PDP.

Acting on the information received, affiant conducted the following independent investigation:
Affiant was able to verify the address as described by the CI. Based on the CI's description affiant was able to locate the address and confirm that it was the same as described by informant. Affiant conducted surveillance at 3937 South 5th Street and observed a gold Lexus, SUV bearing Kentucky registration 750NNT, parked in front of the residence. Affiant also observed a red Dodge Challenger, bearing Kentucky registration 682RVC, also parked in front of the residence. Both vehicles are registered to Misty FINLEY at 3937 South 5th Street. Both CHARLTON and FINLEY use the address of 3937 S. 5th St.

Within the last 48 hrs affiant conducted a controlled buy with a reliable CI who purchased narcotics from CHARLTON. After the controlled buy, detectives noticed multiple short stays at the address indicative of drug trafficking. The informant has seen and stated that CHARLTON keeps firearms at his address, 3937 S. 5th St.

Affiant knows through her training and experience with LMPD that narcotic dealers frequently possess firearms to protect their narcotics and money. Affiant also knows through her training and experience that prohibited individuals, who possess firearms, are known to keep their guns for long periods of time since they are legally prohibited from purchasing firearms. Prohibited individuals also attempt to conceal firearms and other contraband in vehicles within their control.

The fact that other law enforcement officers previously arrested CHARLTON for narcotics trafficking and felon in possession charges and the controlled buy is consistent with individuals who are involved in narcotic trafficking. It is further believed that CHARLTON is in possession of the handguns to protect his narcotics and money from being stolen.

AOC-82-335
Affidavit for Search Warrant
p. 3

(Continued on next page)

Affiant has reasonable and probable cause to believe that grounds exist for the issuance of a Search Warrant, based on the aforementioned facts, information and circumstances and prays that a Search Warrant be issued, that the property be seized, or any part thereof, and brought before any court and/or retained subject to order of said court.

_____
Officer

Subscribed and sworn before me on this the _____15th_____ day of _____,

20 \_\_15\_\_ . \_\_9:01\_\_  a.m. ☐  p.m. ☑

_____

_____
Title

# LOUISVILLE METRO POLICE
# ITEM SEIZED REPORT

Page 1 of ___

Officer Serving Warrant: H. CARROLL  Department: LMPD
Officer Recording: G. Campos 7614  Department: LMPD
Defendant/Suspect: CHARLTON, LOUIS EDWARD  Address: 3937 South 5th ST
Date of Search: 11/16/2015  SS#: 404 94 3327  DOB: 01/20/1973
Time of Search: 2228  Time Exited: ___
Officers Present: T. HOLLAND, G. CAMPOS, C. FRISBY  Department(s): LMPD
C. STEWART, C. POPHAM, J. ADAMS, H. CARROLL
J. MATTINGLY

| ITEM SEIZED | LOCATION OF ITEM SEIZED | TIME | OFFICER |
|---|---|---|---|
| 45. CAL. ACP SER# XS561475 | LIVING ROOM UNDER COUCH | 2244 | C. FRISBY |
| 9MM CPX-2 SER# 193958 | TABLE LIVING ROOM | 2244 | C. FRISBY |
| U.S. CURRENCY | FLOOR LIVING ROOM | 2244 | C. FRISBY |
| MASON JAR MARIJUANA | FLOOR LIVING ROOM | 2245 | C. FRISBY |
| CROWN ROYAL W/ LARGE BAG CRACK COCAINE | FLOOR LIVING ROOM | 2245 | C. FRISBY |
| U.S. CURRENCY | OFF PERSON OF LOUIS CHARLTON BOTH POCKETS | 2245 | C. STEWART |
| SCALE | FLOOR LIVING ROOM | 2248 | T. HOLLAND |
| CRACK DUST SPOON | FLOOR LIVING ROOM | 2248 | T. HOLLAND |
| U.S. CURRENCY | MASTER BEDROOM SHOE BOX IN CLOSET | 2257 | J. ADAMS |
| SAMSUNG CELL PHONE | LIVING ROOM | 2304 | C. STEWART |
| U.S. CURRENCY 8 LOLLS | STORAGE ROOM LAUNDRY BASKET | 2306 | J. ADAMS |
| DIGITAL SCALE | KITCHEN TOP OF CABINET | 2324 | J. ADAMS |
| BRASS KNUCKLES | TABLE IN LIVING ROOM | 2326 | C. FRISBY |
| (2) CAMERA SWANN SECURITY SYSTEM | LIVING ROOM | 2327 | C. FRISBY |
| MAG FOR GUN W/ AMMO | UNDER BED UPSTAIRS | 2327 | J. ADAMS |
| MOTOROLA CELL PHONE | LIVING ROOM COUCH | 2328 | C. FRISBY |
| MARIJUANA LARGE BAG | KITCHEN PANTRY | 2328 | J. ADAMS |
| BLACK ZTE CELL PHONE | LIVING ROOM COUCH | 2328 | C. FRISBY |
| MALL MATTER SER#- LC-60E690 W/ REMOTE | LIVING ROOM | 2340 | C. STEWART |
| SHARP T.V. FLAT SCREEN | LIVING ROOM | 2354 | C. FRISBY |
| WINCHESTER AMMO | UPSTAIR BEDROOM | 2359 | C. STEWART |
| U.S. CURRENCY | BASEMENT CLOSET | 0006 | T. JAMES |
| LEDGER | UPSTAIRS MASTER BEDROOM | 0006 | MATTINGLY |

END LIST