**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CRIMINAL NO. 3:16-CR-33-DJH**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**VS.**

**LOUIS CHARLTON**                                                                     **DEFENDANT**

## ORDER

Motion having been made, and the Court having been duly advised,

IT IS HEREBY ORDERED AND ADJUDGED that any and all physical evidence seized from the premises located at 3937 South Fifth Street, Louisville, Kentucky, on November 16, 2015, as well as any statements attributed to the Defendant on or subsequent to this date, shall be and the same hereby are SUPPRESSED.