UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:16-cr-33-DJH

LOUIS CHARLTON, Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

The Court conducted a telephonic status conference in this matter on February 6, 2017, with the following counsel participating:

    For the United States:    Jo E. Lawless

    For Defendant Charlton:    Larry Simon

The Court and counsel discussed the procedural posture of the case. All dates and deadlines from the prior pre-trial order (Docket No. 57) remain the same.

Accordingly, and the Court being sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    The United States shall file its response to the defendant's motion to suppress (D.N. 61) by **February 14, 2017**.

(2)    The defendant's reply in support of his motion to suppress (D.N. 61) is due by **February 17, 2017**.

February 6, 2017

Court Time: 00/05
Court Reporter: Alan Wernecke

**David J. Hale, Judge**
**United States District Court**

1