UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

vs.     CRIMINAL ACTION NO. 3:16CR33-DJH

LOUIS CHARLTON     DEFENDANT

## ORDER

    This matter is before the Court on the defendant's motion to suppress. The United States responded to the motion, noting that Charlton failed to file the motion prior to expiration of the pretrial motion deadline set by this Court's pretrial Order as required by Fed. R. Crim. P. 12(b)(3)(C) and (c). Accordingly, the United States asserted that the motion should be **DENIED** as untimely, and that Charlton had failed to demonstrate good cause. In the alternative, the United States addressed the merits of Charlton's motion.

    For the reasons set forth more fully in the United States' response, **IT IS ORDERED** that the motion to suppress is **DENIED**. Charlton failed to file the motion prior to expiration of the motion deadline and has not shown good cause to warrant review on its merits. However, the Court notes that even if reviewed on its merits, the motion would fail. The state search warrant issued upon a determination of probable cause. Moreover, the law enforcement officials relied in good faith on the lawfully issued search warrant.