UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,   Plaintiff,

v.   Criminal Action No. 3:16-cr-33-DJH

LOUIS CHARLTON,   Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

The Court conducted a telephonic status conference in this matter on February 23, 2017, with the following counsel participating:

    For the United States:    Jo E. Lawless

    For Defendant Charlton:    Larry Simon

The Court and counsel discussed various pre-trial issues. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that trial by jury shall commence on **February 28, 2017 at 9:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. Counsel shall appear in chambers at 9:00 a.m.

February 23, 2017

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/20
Court Reporter: Dena Legg