**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CRIMINAL NO. 3:16-CR-33-DJH**

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**VS.**

**LOUIS CHARLTON**                                                            **DEFENDANT**

**ORDER**

Upon Motion of the Defendant, LOUIS CHARLTON, to file his Motion, an Attachment, and tendered Order under seal on behalf of the Defendant, and this Court being sufficiently advised:

IT IS HEREBY ORDERED that the Defendant's Motion to allow the filing of his Motion, an Attachment, and the tendered Order under seal is sustained.

February 23, 2017

**David J. Hale, Judge**
**United States District Court**