UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                                      CRIMINAL ACTION NO. 3:16CR33-DJH

LOUIS CHARLTON                                         DEFENDANT

*Electronically filed*

**MOTION TO FILE SEALED MOTION**

Comes the United States of America, through counsel, Assistant United States Attorney Jo E. Lawless, and moves the Court for leave to file a sealed motion.

                                                                   Respectfully submitted,

                                                                    JOHN E. KUHN, JR.
                                                                    United States Attorney

                                                                    /s/ *Jo E. Lawless*
                                                                    Jo E. Lawless
                                                                    Assistant United States Attorney
                                                                    717 West Broadway
                                                                    Louisville, Kentucky 40202
                                                                    (502) 625-7065
                                                                    Fax (502) 582-5097

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent through electronic transmission to defense counsel on February 27, 2017.

                                                                   /s/ *Jo E. Lawless*
                                                                    Jo E. Lawless
                                                                    Assistant United States Attorney