UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                        PLAINTIFF

vs.                                                                          CRIMINAL ACTION NO. 3:16CR33-DJH

LOUIS CHARLTON                                                                                  DEFENDANT

## **ORDER**

This motion is before the Court on motion of the United States of America for leave to file a sealed motion.  **IT IS ORDERED** that the motion is **GRANTED**.