UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                              CRIMINAL ACTION NO. 3:16CR33-DJH

LOUIS CHARLTON                                                       DEFENDANT

## ORDER

This motion is before the Court on motion of the United States of America for leave to file a sealed motion.  **IT IS ORDERED** that the motion is **GRANTED**.

February 28, 2017

**David J. Hale, Judge**
**United States District Court**