# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CRIMINAL NO. 3:16-CR-33-DJH

**UNITED STATES OF AMERICA**                                                               **PLAINTIFF**

**VS.**

**LOUIS CHARLTON**                                                                                **DEFENDANT**

## ORDER

Upon Motion of the Defendant, LOUIS CHARLTON, to file his Brief under seal, and this Court being sufficiently advised:

IT IS HEREBY ORDERED that the Defendant's Motion to allow the filing of his Brief under seal is sustained.

March 8, 2017

**David J. Hale, Judge**
**United States District Court**