# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**      **PLAINTIFF**

**VS.**      **CRIMINAL ACTION NO. 3:16CR-33-DJH**

**LOUIS CHARLTON**      **DEFENDANT**

## O R D E R

    This matter came before the Court on March 9, 2017 for arraignment on the Second Superseding Indictment. The United States was represented by Jo E. Lawless, Assistant United States Attorney. The defendant, Louis Charlton, appeared in custody, with Larry D. Simon, appointed counsel. The proceedings were digitally recorded.

    The defendant was furnished with a copy of the Second Superseding Indictment. The defendant, through counsel, acknowledged his identity, waived formal reading of the Second Superseding Indictment, and entered pleas of **NOT GUILTY** to the charges contained therein.

    This matter remains on the Court's docket as scheduled for a jury trial on **March 27, 2017, 9:30 a.m.** before the Honorable David J. Hale, United States District Judge.

    **IT IS HEREBY ORDERED** that the defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

Date: March 9, 2017      **ENTERED BY ORDER OF THE COURT**
    **COLIN H. LINDSAY**
    **UNITED STATES MAGISTRATE JUDGE**
    **VANESSA L. ARMSTRONG, CLERK**
    By: /s/ *Theresa L. Burch* **- Deputy Clerk**

Copies to:
United States Attorney
Counsel for Defendant

05