UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:16-cr-33-DJH

LOUIS CHARLTON,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

The Court conducted a hearing in this matter on March 9, 2017, with Defendant Louis Charlton and the following counsel participating:

    For the United States:     Jo Lawless

    For Defendant Charlton:     Larry Simon

The Court and parties discussed the status of the case and the Court heard argument on the issues raised in the parties' recent filings.  (Docket Nos. 84; 90)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     The defendant shall submit notice pursuant to Fed. R. Crim. P. 12.3 by **March 16, 2017**.

(2)     The United States shall file its response to the defendant's notice by **March 17, 2017**.

(3)     This matter is set for a telephonic status conference on **March 20, 2017 at 3:30p.m.**

March 10, 2017

Court Time: 00/50 (c)
Court Reporter: Dena Legg

**David J. Hale, Judge
United States District Court**