# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

UNITED STATES OF AMERICA                                            PLAINTIFF

vs.                                        Criminal Action No. 3:16-CR-33-DJH

LOUIS CHARLTON                                                  DEFENDANT

*Electronically filed*

## MOTION TO REPLACE PREVIOUSLY FILED PLEADING

     Comes the Defendant, LOUIS CHARLTON, by counsel, and moves this Court for leave to file a substitute pleading that was electronically filed on March 15, 2017. Said pleading, titled Defendant's Proposed Jury Instructions [Docket No. 99], contained pages that were meant to be filed separately under seal.

     WHEREFORE, the Defendant requests leave to replace the previously filed pleading of Defendant [Docket No. 99] with a corrected pleading.

                                                     Respectfully submitted,

                                                     **s/LARRY D. SIMON**
                                                     LARRY D. SIMON
                                                     The Kentucky Home Life Building
                                                     239 South Fifth Street, Suite 1700
                                                     Louisville, Kentucky 40202
                                                     (502)589-4566
                                                     COUNSEL FOR DEFENDANT, LOUIS CHARLTON

## CERTIFICATE OF SERVICE

     It is hereby certified that this pleading was electronically filed through the ECF system, which will send electronic notice of filing to counsel of record, on this the 16th day of March, 2017.

                                                   s/LARRY D. SIMON
                                                   LARRY D. SIMON