## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

Vs.                                                    Criminal Action No. 3:16-CR-33-DJH

LOUIS CHARLTON                                          DEFENDANT

## **ORDER**

This motion is before the Court on motion of the Defendant for leave to file a corrected pleading.

**IT IS ORDERED** that the motion is **GRANTED**, and the Defendant shall be granted leave to file his corrected pleading titled Defendant's Proposed Jury Instructions in the place of Docket No. 99**.**