# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

UNITED STATES OF AMERICA            PLAINTIFF

vs.            CRIMINAL NO. 3:16-CR-33-DJH

**Electronically Filed**

LOUIS CHARLTON            DEFENDANT

## DEFENDANT'S PROPOSED JURY INSTRUCTIONS

Comes the Defendant, LOUIS CHARLTON, by counsel, and submits the following proposed jury instructions.

Defendant reserves the right to propose additional instructions or amend this request following the close of all the proof.

Respectfully submitted,

**s/LARRY D. SIMON**
LARRY D. SIMON
Attorney for Louis Charlton
The Kentucky Home Life Building
239 South Fifth Street, Suite 1700
Louisville, Kentucky 40202
(502)589-4566

## CERTIFICATE

It is certified that a copy of the foregoing was electronically sent via CM/ECF on the 15th day of March, 2017, to Honorable Jo Lawless, Assistant United States Attorney.

s/LARRY D. SIMON
LARRY D. SIMON

## **DEFENSE THEORY**

1. One of the questions in this case is whether the defendant reasonably relied on a Government agent's promise that the defendant would not be prosecuted for criminal acts that he may have committed on or about November 16, 2015. Here, unlike the other matters I have discussed with you, the defendant has the burden of proof.

2. For you to return a verdict of not guilty based upon what the defense says in this case, the defendant must prove the following four factors by a preponderance of the evidence.

   A. First, that a government agent made a promise that the defendant would not be prosecuted for the criminal acts that he may have committed on or about November 16, 2015.

   B. Second, that the defendant relied on that promise.

   C. Third, that the defendant's reliance on the promise was reasonable.

   D. Fourth, that given the defendant's reliance, conviction would be unfair.

3. If the defendant proves by a preponderance of the evidence the four elements listed above, then you must find the defendant not guilty.

4. Preponderance of the evidence is defined as more likely than not. In other words, the defendant must convince you that the factors are more likely true than not.

Sixth Circuit Jury Instructions; See Chapter 6.00 DEFENSES; 6.09; variation of Entrapment by Estoppel instruction

2

## ADDITIONAL INSTRUCTIONS ABOUT THE DEFENSE THEORY

In determining whether the defendant and the law enforcement agents made a promise, you may consider all the facts and circumstances shown by the evidence, including the defendant's words and actions and the police officers' words and actions.

In determining whether the defendant and the law enforcement agents made a promise, you should follow these legal principles during your deliberations:

## MEANING OF TERMS

### Contract Defined

A contract is a promise or a set of promises for the breach of which the law gives a remedy, or the performance of which the law in some way recognizes as a duty.

### Promise; Promisor; Promisee; Beneficiary

**(1)** A promise is a manifestation of intention to act or refrain from acting in a specified way, so made as to justify a promisee in understanding that a commitment has been made.

**(2)** The person manifesting the intention is the promisor.
**(3)** The person to whom the manifestation is addressed is the promisee.
**(4)** Where performance will benefit a person other than the promisee, that person is a beneficiary.

### How a Promise May be Made

A promise may be stated in words either oral or written, or may be inferred wholly or partly from conduct.

Restatement (Second) of Contracts; Sections 1, 2 & 4.

**Mode of Assent:  Offer and Acceptance**

**(1)** The manifestation of mutual assent to an exchange ordinarily takes the form of an offer or proposal by one party followed by an acceptance by the other party or parties.

**(2)** A manifestation of mutual assent may be made even though neither offer nor acceptance can be identified and even through the moment of formation cannot be determined.

Restatement (Second) of Contracts; Section 22.

**Rules in Aid of Interpretation**

**(1)**   Words and other conduct are interpreted in the light of all the circumstances, and if the principal purpose of the parties is ascertainable it is given great weight.

**(2)**   A writing is interpreted as a whole, and all writings that are part of the same transaction are interpreted together.

**(3)**   Unless a different intention is manifested.
(a) where language has a generally prevailing meaning, it is interpreted in accordance with that meaning;
(b) technical terms and words of art are given their technical meaning when used in a transaction within their technical field.

**(4)**   Where an agreement involved repeated occasions for performance by either party with knowledge of the nature of the performance and opportunity for objection to it by the other, any course of performance accepted or acquiesced in without objection is given great weight in the interpretation of the agreement.

**(5)**   Wherever reasonable, the manifestations of intention of the parties to a promise or agreement are interpreted as consistent with each other and with any relevant course of performance, course of dealing, or usage of trade.

Restatement (Second) of Contracts; Section 202

**Course of Dealing**

**(1)** A course of dealing is a sequence of previous conduct between the parties to an agreement which is fairly to be regarded as establishing a common basis of understanding for interpreting their expressions and other conduct.

**(2)** Unless otherwise agreed, a course of dealing between the parties gives meaning to or supplements or qualifies their agreement.

Restatement (Second) of Contracts; Section 222.