## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

UNITED STATES OF AMERICA　　　　　　　　　　　　　　　　　PLAINTIFF

VS.　　　　　　　　　　　　　　　　CRIMINAL ACTION NO. 3:16-CR-33-DJH

**Electronically Filed**

LOUIS CHARLTON　　　　　　　　　　　　　　　　　　　　　DEFENDANT

\* \* \* \* \*

## ADDENDUM TO DEFENDANT'S
## SUPPLEMENTAL TRIAL MEMORANDUM

Comes the Defendant, LOUIS CHARLTON, by his appointed counsel, and files this Addendum to his Supplemental Trial Memorandum that was filed on March 15, 2017 (Docket No. 98).

## EXHIBIT LIST

The Defendant gives notice that he may introduce at trial the following exhibits during his case in chief:

(1)　Those exhibits listed by the United States in its Supplemental Trial Memorandum filed on March 9, 2017 (Docket No. 92).

(2)　Receipt for Property and other items and Return from Search and Seizure Warrant (Case/Inspection Title 775040-15-0067) (attached).

(3)　Search and Seizure Warrant and Application for Search Warrant by Jeremy Ruoff of ATF (*In re: U.S.A. v. Search Warrant,* Case No. 3:15-mj-00026-CHL-1).

1

Respectfully submitted,

**s/LARRY D. SIMON**
LARRY D. SIMON
Kentucky Home Life Building
239 South Fifth Street, Suite 1700
Louisville, Kentucky 40202
502-589-4566
Counsel for Defendant, Louis Charlton

### CERTIFICATE OF SERVICE

    It is hereby certified that this pleading was electronically filed through the ECF system, which will send electronic notice of filing to counsel of record, on this the 17th day of March, 2017.

s/LARRY D. SIMON
LARRY D. SIMON