**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Receipt for Property and Other Items

| Page ___ of ___ | Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|---|
| | | 775040-15-007 | Louisville Group I |

**Taken from:** (name, title, address, if appropriate)
Louis Charlton
3937 South 5th St. Louisville KY

**Recipient:** (name, title, address, if appropriate)
ATF Louisville

**Location of Transfer or Seizure**

**Basis for Transfer or Seizure of Items:**
Search Warrant

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | Smith & Wesson Model 4506-1 .45 S/N# TFE3056 |
| 1 | Smith & Wesson SW40VE .40 S/N # DUS9059 |
| 1 | 1 Bag containing white powder substance |
| 1 | Swiss Arms holster |
| 9 | Rounds .45 ammunition out of S&W firearm |
| 13 | Rounds .40 ammunition out of S&W firearm |
| 2 | Boxes of .40/.45 Misc. ammunition |
| 1 | Bag of white powder substance / crack substance |
| 2 | White pills |
| 1 | Misc. drug paraphernalia |

Nothing Follows

I hereby acknowledge receipt of the above item(s) into my custody.
**Received by:** (signature) | Date
**Transferred by:** (signature, if appropriate) | Date | **Witnessed by:** (signature) | Date

GPO U.S. GOVERNMENT PRINTING OFFICE: 2009-349-461/41101

ATF Form 3400.23
Revised March 2005

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: 01/20/14  0840 | Copy of warrant and inventory left with: Louis Charlton |
|---|---|---|

Inventory made in the presence of: Nick Paton

Inventory of the property taken and name of any person(s) seized:

See Attached

15 JAN 21 PH 2:51

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/20/14

_____
Executing officer's signature

S/A Nick R. Paton
Printed name and title

Rec'd by Colin H. Lindsay,
U.S. Magistrate Judge
January 21, 2015
Colin Lindsay