UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                     PLAINTIFF

vs.                                               CRIMINAL ACTION NO. 3:16CR33-DJH

LOUIS CHARLTON                                                   DEFENDANT

## **ORDER**

       This matter is before the Court on Louis Charlton's revised trial memorandum and proposed jury instructions. The United States responded to the filings, noting its objections thereto. For the reasons set forth more fully in the United States' response, **IT IS ORDERED** that Charlton shall not elicit testimony, introduce evidence or submit argument to the jury on his proposed "variation" of entrapment by estoppel. Charlton's proposed defense theory is neither factually nor legally supportable.