UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES,     Plaintiff,

v.     Civil Action No. 3:16-cr-33-DJH

LOUIS CHARLTON,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

The Court conducted a telephonic status conference in this matter on March 20, 2017, with the following counsel participating:

    For the United States:     Jo Lawless

    For Defendant Charlton:     Larry Simon

The Court and parties discussed the procedural posture of the case. The United States has asked that the trial begin on Tuesday, March 28, 2017, rather than Monday, March 27, 2017, so as to allow additional time for trial preparation. The motion is agreed to by the defendant, with all parties agreed that this delay serves the ends of justice and should be excluded under the Speedy Trial Act. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     The jury trial is **RESET** for **March 28, 2017, at 9:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. Counsel shall be present in court by 8:45 a.m.

(2)     Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from March 27, 2017 to March 28, 2017 is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by granting the motion

1

for continuance outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006).  This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

March 20, 2017

                                                       **David J. Hale, Judge**
                                                       **United States District Court**

Court Time: 00/15
Court Reporter:  Dena Legg

Cc: Jury Administrator