UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                            PLAINTIFF

Vs.                                                             Criminal Action No. 3:16-CR-33-DJH

LOUIS CHARLTON                                                        DEFENDANT

## ORDER

This motion is before the Court on motion of the Defendant for leave to file a corrected pleading.

**IT IS ORDERED** that the motion is **GRANTED**, and the Defendant shall be granted leave to file his corrected pleading titled Defendant's Proposed Jury Instructions in the place of Docket No. 99.

March 21, 2017

**David J. Hale, Judge**
**United States District Court**