**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

UNITED STATES OF AMERICA                                                          PLAINTIFF

Vs.                                                          Criminal Action No. 3:16-CR-33-DJH

LOUIS CHARLTON                                                                     DEFENDANT

**ORDER**

    This motion is before the Court on motion of the Defendant for leave to file a sealed motion.

**IT IS ORDERED** that the motion is **GRANTED.**

March 23, 2017

**David J. Hale, Judge**
**United States District Court**
