# JURY LIST

**UNITED STATES V. LOUIS CHARLTON**
Case Number: 3:16CR-033
JUDGE DAVID J. HALE

FILED
VANESSA L. ARMSTRONG
MAR 29 2017
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Date: ___March ~~28~~ 29, 2017___

**Courtroom Deputy:** Natalie Thompson       **Court Reporter:** Dena Legg

**US:** _____       **Defendant:** _____

## Proposed Jury Panel

(Counsel – Please make your strikes below & give back to the Courtroom Deputy)

1) ~~82~~ Δ
2) ~~84~~ US
3) ~~85~~ Δ
4) ~~86~~ Δ
5) 87
6) ~~88~~ Δ
7) ~~91~~ Δ US
8) (95)
9) ~~97~~ US
10) 99
11) (100)
12) 101
13) ~~102~~ Δ
14) (103)
15) 104
16) ~~105~~ Δ
17) (106)
18) ~~107~~ US
19) (110)
20) ~~111~~ US
21) (113)
22) (117)
23) ~~119~~ Δ
24) 132
25) (137)
26) (139)
27) ~~141~~ Δ US
28) ~~144~~ Δ US
29) (145)
30) (147)
31) 148
32) (149)
33) ~~151~~ Δ
34) (155)
35) (158)
36) _____
37) _____
38) _____
39) _____
40) _____
41) _____
42) _____
43) _____
44) _____
45) _____
46) _____
47) _____
48) _____

## Excused & Stricken For Cause

157        94
129        121
136
124