

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                      Plaintiff,

v.                                                                    Criminal Action No. 3:16-cr-33-DJH

LOUIS CHARLTON,                                                                Defendant.

\* \* \* \* \*

# VERDICT FORM

**WE, THE JURY,** find Louis Charlton,

As to Count 1:      ___✓___           _____
                    GUILTY            NOT GUILTY

As to Count 2:      _____           ___✓___
                    GUILTY            NOT GUILTY

As to Count 3:      ___✓___           _____
                    GUILTY            NOT GUILTY

As to Count 4:      ___✓___           _____
                    GUILTY            NOT GUILTY

As to Count 5:      ___✓___           _____
                    GUILTY            NOT GUILTY

1

As to Count 6:    _____         ___✓____
                   GUILTY           NOT GUILTY

As to Count 7:    ___✓____         _____
                   GUILTY           NOT GUILTY

                          _____ 149
                              FOREPERSON

                          Date: 3·31·17

2