UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                            PLAINTIFF

vs.                                                              Criminal Action No. 3:16-CR-33-DJH

**Electronically Filed**

LOUIS CHARLTON                                                                                       DEFENDANT

## MOTION FOR FILING OF TRANSCRIPTS
## UNDER SEAL WITHOUT REDACTION

Comes the Defendant, LOUIS CHARLTON, by his appointed counsel, pursuant to Federal Rule 49.1(d) of Criminal Procedure, and moves this Court to allow the filing of the transcripts of the two tape recorded statements of the Defendant in the Record of this case without redaction. As grounds for this Motion, the Defendant states as follows:

1. Previously in this court, the Defendant filed a Motion to Dismiss the indictment (DN 24; DN 43). The court conducted an evidentiary hearing regarding this issue on August 24, 2017 (DN 46). As part of the record of that proceeding, the United States provided the court with two recordings on discs, which were the two recorded statements given by Mr. Charlton to law enforcement officers following his arrest (Government Exhibits #1 and #2). Neither recording was transcribed at the time of the hearing.

2. The Defendant's case proceeded to a jury trial on the charges in the Second Superseding Indictment on May 29, 2017. In the government's case-in-chief, the jury heard the first recorded statement (recorded statement of November 17, 2017 – Government Trial Exhibit #8). When the Defendant presented his proof, the second recorded statement (recorded statement of November 20, 2015 – Defendant Trial Exhibit) was played for the jury.

3. The transcriptions of these recorded statements were not introduced into evidence by the

parties. Both the government's counsel and defense counsel have copies of unredacted transcriptions of both statements. These were prepared at the request of counsel for the defendant and reviewed by counsel for the United States.

4.     The Defendant requests this Court to enter an appropriate Order, pursuant to Federal Rule 49.1(d), that will allow the electronic filing of the unredacted transcriptions of these two recordings, so that there will be a complete record of the proceedings.

                                                                Respectfully submitted,


                                                                **s/LARRY D. SIMON**
                                                                LARRY D. SIMON
                                                                The Kentucky Home Life Building
                                                                239 South Fifth Street, Suite 1700
                                                                Louisville, Kentucky 40202
                                                                (502)589-4566


                                            **CERTIFICATE**

     It is certified that this pleading was electronically filed through the ECF system, which will send electronic notice of filing to counsel of record.

                                                                /s/LARRY D. SIMON
                                                                LARRY D. SIMON