**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                                                    Criminal Action No. 3:16-CR-33-DJH

LOUIS CHARLTON                                                                                  DEFENDANT

## ORDER

Upon motion of the Defendant, LOUIS CHARLTON, by counsel, pursuant to Federal Rule 49.1(d) of criminal procedure, and this Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the transcriptions of the tape recorded statements of the Defendant LOUIS CHARLTON from November 17, 2015 (Government Hearing Exhibit #1; Trial Exhibit #8) and from November 20, 2015 (Government Hearing Exhibit #2; Defendant's Trial Exhibit), shall be filed in the Record of this case by counsel for the Defendant Under Seal and Without Redaction.

So ordered this the _____ day of June, 2017.