UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL ACTION NO. 3:16CR33-DJH |
| LOUIS CHARLTON | DEFENDANT |

– *Filed Electronically* –

**UNITED STATES' RESPONSE TO MOTION TO FILE
UNREDACTED TRANSCRIPTS UNDER SEAL (DN 130)**

Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, in response to Louis Charlton's motion to file unredacted transcripts under seal states its objections thereto. During the course of an evidentiary hearing and trial of this action, two recordings containing interviews with Charlton by law enforcement officials were played and introduced as exhibits. The recordings were clear. No transcripts were provided to either the Court or the jury as aids while listening to the recordings. No transcripts were introduced as exhibits during any of the court proceedings. Charlton now seeks to file transcripts of the recordings in the record.

In support of his motion, Charlton states that he seeks to file the transcripts to insure a "complete record of the proceedings." The record is complete as it stands. As referenced above, at no point in time did the triers of fact (the Court during the evidentiary hearing and jury during trial) have access to transcripts. Rather, the recordings themselves – the original evidence – were

considered.  Additionally, since the recordings were played in open court – there are no grounds to justify filing transcripts under seal.  Charlton's motion should be **DENIED**.

        Respectfully submitted,

        JOHN E. KUHN, JR.
        United States Attorney

        /s/ *Jo E. Lawless*
        Jo E. Lawless
        Assistant United States Attorney
        717 West Broadway
        Louisville, Kentucky 40202
        (502) 625-7065
        Fax (502) 582-5097

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent *via* the Court's ECF system to defense counsel on July 30, 2017.

        /s/ *Jo E. Lawless*
        Jo E. Lawless
        Assistant United States Attorney