UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL ACTION NO. 3:16CR33-DJH |
| LOUIS CHARLTON | DEFENDANT |

**ORDER**

This matter is before the Court on Louis Charlton's motion to file unredacted transcripts under seal (DN 130). The United States responded and noted its objections to the motion. For the reasons set forth more fully in the United States' response, **IT IS ORDERED** that the motion is **DENIED**.