# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
|     PLAINTIFF                                     ) | |
|                                                               ) | CASE NO. 3:16-CR-33-1-DJH |
| V.                                                            ) | |
|                                                               ) | **Electronically Filed** |
| LOUIS CHARLTON,                              ) | |
|     DEFENDANT                                 ) | |

\* \* \*

## NOTICE OF APPEAL

Notice is hereby given that LOUIS CHARLTON, Defendant in the above styled case, hereby appeals the Judgment and sentence imposed by the District Court in its Judgment entered July 27, 2017, to the Sixth Circuit Court of Appeals.

Respectfully submitted,

**/s/  Larry  D. Simon**
Larry D. Simon
Attorney for Louis Charlton
The Kentucky Home Life Building
239 South 5th Street – Suite 1700
Louisville, KY 40202-3248
(502)589-4566
larrysimonlawoffice@gmail.com

1

## CERTIFICATE OF SERVICE

It is certified that a copy of the foregoing Notice of Appeal was electronically sent via CM/ECF this 8th day of August, 2017, to Honorable Jo E. Lawless, Assistant United States Attorney.

/s/Larry D. Simon
Larry D. Simon