UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:16-cr-33-DJH

LOUIS CHARLTON,     Defendant.

\* \* \* \* \*

## ORDER

In the course of reviewing the defendant's motion to include self-prepared transcripts under seal in the record on appeal (Docket No. 130), the Court finds that the defendant's motion is insufficient. It is unclear to the Court (1) whether the defendant argues that the Court denied admission of the transcript as evidence in the trial of this matter, and (2) if so, whether the defendant sought to preserve the issue by offer of proof. *See* Fed. R. Evid. 103. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the parties shall have **ten (10) days** from the date of entry of this Order to file simultaneous supplemental briefs addressing these issues.

August 24, 2017

**David J. Hale, Judge
United States District Court**