UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                            PLAINTIFF

vs.                                                   Criminal Action No. 3:16-CR-33-DJH

**Electronically Filed**

LOUIS CHARLTON                                                DEFENDANT

## MOTION TO STRIKE EXHIBIT AND SUBSTITUTE WITH REDACTED EXHIBIT

Comes the Defendant, LOUIS CHARLTON, by his appointed counsel, and moves this Court to enter the attached Order striking the Exhibit (PageID# 823-824) to his Brief in Response to this Court's Order of August 24, 2017, Regarding Transcript Of Defendant's Recorded Statement (DN 144), and substituting the redacted Exhibit 1 tendered herewith. As grounds for this Motion, the Defendant states as follows:

1. On September 6, 2017, Defendant filed his Brief in Response to this Court's Order of August 24, 2017, Regarding Transcript of Defendant's Recorded Statement (DN 144). One Exhibit was attached thereto.

2. This Exhibit comprised an e-mail exchange, from which opposing counsel's cell phone number (in the signature block) and e-mail address had not been redacted due to inadvertence.

3. While this information is not required to be redacted by Joint General Order 08-01, the undersigned is cognizant of the risks involved in releasing such information. The undersigned immediately had a representative of his office contact both the Office of the Clerk and opposing counsel to address the issue. It is the understanding of the undersigned that the Brief or at least its present Exhibit is currently temporarily restricted from general viewing by PACER users.

However, Defendant wishes to substitute the redacted Exhibit 1 so as to preserve the record in a more appropriate manner.

WHEREFORE, Defendant, Louis Charlton, respectfully moves that this Honorable Court STRIKE the Exhibit and replace it with the tendered attached redacted Exhibit.

Respectfully submitted,

s/LARRY D. SIMON
LARRY D. SIMON
The Kentucky Home Life Building
239 South Fifth Street, Suite 1700
Louisville, Kentucky 40202
(502)589-4566

## CERTIFICATE

It is certified that this pleading was electronically filed through the ECF system, which will send electronic notice of filing to counsel of record.

/s/LARRY D. SIMON
LARRY D. SIMON