## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

vs.                                                                    Criminal Action No. 3:16-CR-33-DJH

LOUIS CHARLTON                                                                           DEFENDANT

## ORDER

This motion is before the Court on motion of the Defendant to strike the Exhibit (PageID# 823-824) to his Brief in Response to this Court's Order of August 24, 2017, Regarding Transcript Of Defendant's Recorded Statement (DN 144), and substitute the redacted Exhibit 1 tendered herewith.

**IT IS ORDERED** that the motion is **GRANTED.**