**Gmail**     Larry Simon <larrysimonlawoffice@gmail.com>

## USA v. Charlton
3 messages

---

**Larry Simon** <larrysimonlawoffice@gmail.com>                          Mon, Mar 20, 2017 at 8:04 AM
To: "Lawless, Jo (USAKYW)" <████████████████>

Jo;

Please review attached corrected transcripts of the taped Charlton interviews for accuracy and advise if they are satisfactory.

Thank you,

**Larry D. Simon**
Attorney at Law
Kentucky Home Life Building
The Seventeenth Floor
239 South Fifth Street
Louisville, Kentucky 40202-3248
(502) 589-4566 (office)
(502) 585-3548
larrysimonlawoffice@gmail.com


This email communication is from a lawyer. It is likely to contain confidential information. If you received this email in error, please delete the message and any attachment(s) from your system and inform the sender of the problem so that it will not be repeated. Thank you. Neither the transmission of this message or any attachment, nor any error in address, transmission or delivery, shall constitute waiver of any claim of confidentiality or privilege.

**2 attachments**

- **Charlton Transcript of Taped Statement of Nov. 17, 2015.pdf**
  1366K
- **Charlton Transcript of Taped Statement of Nov. 20, 2015.pdf**
  5222K

---

**Lawless, Jo (USAKYW)** <████████████████>                              Thu, Mar 23, 2017 at 5:56 PM
To: Larry Simon <larrysimonlawoffice@gmail.com>

Larry,

I've reviewed the transcripts. In the first interview, there are references to "ups" — that should be "zips." It's small but significant. The other errors are minor.

Thanks,

Jo



DEFENDANT'S EXHIBIT
CASE NO.
EXHIBIT NO. 1

Jo E. Lawless

Assistant United States Attorney

Project Safe Childhood Coordinator

Western District of Kentucky

717 West Broadway

Louisville, Kentucky 40202

(502) 625-7065

(502) 582-5097 (fax)

This email (and any attachment) is only for the use of the intended recipient and may contain confidential information that is privileged and exempt from disclosure. If you are not the intended recipient of this message, please note that any further dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify sender immediately by telephone or email, and destroy your copy.

**From:** Larry Simon [mailto:larrysimonlawoffice@gmail.com]
**Sent:** Monday, March 20, 2017 8:04 AM
**To:** Lawless, Jo (USAKYW)
**Subject:** USA v. Charlton

[Quoted text hidden]

---

**Larry Simon** <larrysimonlawoffice@gmail.com>                           Fri, Mar 24, 2017 at 8:27 AM
To: "Lawless, Jo (USAKYW)"

Ok. We can make a notation of this correction. Thank you reviewing the transcripts.

**Larry D. Simon**
Attorney at Law
Kentucky Home Life Building
The Seventeenth Floor
239 South Fifth Street
Louisville, Kentucky 40202-3248
(502) 589-4566 (office)
(502) 585-3548
larrysimonlawoffice@gmail.com

This email communication is from a lawyer. It is likely to contain confidential information. If you received this email in error, please delete the message and any attachment(s) from your system and inform the sender of the problem so that it will not be repeated. Thank you. Neither the transmission of this message or any attachment, nor any error in address, transmission or delivery, shall constitute waiver of any claim of confidentiality or privilege.

[Quoted text hidden]