USDC KYWD 245B (Rev. 02/16) Judgment in a Criminal Case Sheet 2 - Imprisonment

Judgment-Page 3 of 8

DEFENDANT: **Charlton, Louis**
CASE NUMBER: **3:16-CR-33-1-DJH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total **term of 108 months as to each of Counts 1, 3, 5, and 7, and 60 months as to Count 4 of the Second Superseding Indictment, which shall be served concurrently for a total term of 108 months imprisonment.**

☒ The Court makes the following recommendation to the Bureau of Prisons: the defendant should be housed as close to his family in Louisville, Kentucky as possible.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at     A.M. / P.M. on

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ Before 2:00 p.m. on

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

☐ The defendant shall continue under the terms and conditions of his/her present bond pending surrender to the institution.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _9-13-17_ To _FCI Beckley_

at _Beaver, WV_, with a certified copy of this judgment.

_D. L. Young Warden_
~~UNITED STATES MARSHAL~~

By _G Yurkovel CSO_
~~Deputy~~ U.S. Marshal