UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:16-cr-33-DJH

LOUIS CHARLTON,     Defendant.

\* \* \* \* \*

## ORDER

Defendant Louis Charlton having moved to strike Exhibit 1 to Docket No. 144 and substitute a redacted exhibit, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Defendant's motion to strike and substitute (D.N. 146) is **GRANTED**. The Clerk of Court is **DIRECTED** to strike D.N. 144-1 and replace it with D.N. 146-2.

October 2, 2017

*[signature]*

**David J. Hale, Judge
United States District Court**

1