```
                     UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF KENTUCKY
                          LOUISVILLE DIVISION


UNITED STATES OF AMERICA,     )     Case No. 3:16-CR-00033-DJH
                              )
        Plaintiff,            )
                              )
    VS.                       )
                              )
LOUIS CHARLTON,               )
                              )     March 31, 2017
        Defendant.            )     Louisville, Kentucky


                              * * * * *

              TRANSCRIPT OF EXCERPT OF JURY TRIAL
                BEFORE HONORABLE DAVID J. HALE
                  UNITED STATES DISTRICT JUDGE

                              * * * * *

APPEARANCES:

For United States:        Jo E. Lawless
                          U.S. Attorney's Office
                          717 West Broadway
                          Louisville, KY 40202

For Defendant:            Larry D. Simon
                          239 South Fifth Street, Suite 1700
                          Louisville, KY 40202



[Defendant present.]



                    Dena Legg, RDR, CRR, CCR-KY
                       Official Court Reporter
                        232 U.S. Courthouse
                       Louisville, KY 40202
                          (502) 625-3778

Proceedings recorded by mechanical stenography, transcript
produced by computer.
```

```
 1       (Proceedings in open court at 12:38 p.m.  Jury out.)
 2            MS. LAWLESS:  Your Honor, I am very, very sorry.  The
 3   jury just listened to something and there's no exhibit in the
 4   record.
 5            THE COURT:  The recording?
 6            MS. LAWLESS:  Yes, sir.
 7            MR. SIMON:  I apologize.  I failed to move that into
 8   evidence, and I would do so now, if the court would allow me.
 9            THE COURT:  I assume, since you brought it up, you'll
10   have no objection.
11            MS. LAWLESS:  That's correct, just trying to keep it
12   clean.
13            THE COURT:  I will allow the case to be reopened for
14   the limited purposes of your motion to admit the recording.
15   It's certainly in the nature of an oversight, the court's
16   included, so we will admit the recording.  The proper foundation
17   was laid and there's no objection.
18            (Defendant Exhibit 1 admitted in evidence.)
19            MR. SIMON:  Thank you, Your Honor.
20       (End of transcript.)
21
22
23
24
25
```

```
 1                    C E R T I F I C A T E

 2        I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM

 3    THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

 4

 5
            s/Dena Legg                         October 31, 2017
 6     Certified Court Reporter No. 20042A157   Date
       Official Court Reporter
 7
```

INDEX

WITNESSES:

No witnesses

EXHIBITS

GOVERNMENT:
No exhibits

DEFENDANT:
Exhibit 1 - CD                                                        2