UNITED STATES DISTRICT COURT
Western District of Kentucky
**EXHIBIT INVENTORY**

FILED JS
17 NOV 20 AM 9:04

CASE NUMBER: 3:16-CR-00033-DJH
STYLE OF CASE: USA v. Louis Charlton

Received from: D. Legg    Received by: John Sparling    Date: 11/20/2017

PROCEEDINGS: Jury Trial on March 28-31, 2017

**Government:**
2 – photo
3 – photo
4 – photo
6 – search warrant
7 – photo
8 – CD
9 through 47 – photos
60 – lab report
61 – lab report
62 – lab report
63 – stipulation

**Defendant:**
1 – CD

DISPOSITION OF EXHIBITS:
ITEMS: _____
RECEIVED BY: _____  DATE: _____
RETURNED BY: _____  DATE: _____
ITEMS: _____
RECEIVED BY: _____  DATE: _____
RETURNED BY: _____  DATE: _____

OTHER DISPOSITON: _____
DATE: _____    RETURNED BY: _____    Deputy Clerk