```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF KENTUCKY
                         LOUISVILLE DIVISION


UNITED STATES OF AMERICA,     )    Case No. 3:16-CR-00033-DJH
                              )
         Plaintiff,           )
                              )
    VS.                       )
                              )
LOUIS CHARLTON,               )
                              )    March 31, 2017
         Defendant.           )    Louisville, Kentucky


                           * * * * *

           TRANSCRIPT OF DEFENDANT'S OPENING STATEMENT
                         AT JURY TRIAL
                BEFORE HONORABLE DAVID J. HALE
                  UNITED STATES DISTRICT JUDGE

                           * * * * *

APPEARANCES:

For United States:       Jo E. Lawless
                         U.S. Attorney's Office
                         717 West Broadway
                         Louisville, KY 40202

For Defendant:           Larry D. Simon
                         239 South Fifth Street, Suite 1700
                         Louisville, KY 40202



[Defendant present.]



                   Dena Legg, RDR, CRR, CCR-KY
                      Official Court Reporter
                       232 U.S. Courthouse
                      Louisville, KY 40202
                         (502) 625-3778

Proceedings recorded by mechanical stenography, transcript
produced by computer.
```

1  (Proceedings resumed in open court at 10:21 a.m. Jury in.)
2  THE COURT: Members of the jury, just to remind you,
3  the United States has completed its case. You will recall from
4  my preliminary instructions that I said that the defendant may
5  reserve his opening statement, and you'll recall that you heard
6  only an opening statement from the United States because the
7  defendant did reserve his opening. Mr. Simon will now give you
8  his opening statement.
9  Mr. Simon.
10  MR. SIMON: Thank you, Your Honor.
11  May it please the Court.
12  Ms. Lawless, Mr. Charlton, ladies and gentlemen of the jury,
13  it's nice to come over here and talk to you. I've been stuck
14  behind those screens for a few days.
15  This will be a brief opening statement. You've heard a lot
16  of evidence in the case for you to consider, but there is more
17  important evidence for you to listen to in this case. And that
18  is going to be a second tape-recorded statement taken from my
19  client by three police officers, two of whom have already
20  testified, Detective Carroll, Detective Walker. They were
21  participants in the interview of my client in the basement of
22  his house, another room in his house, and the first
23  tape-recorded interview that you listened to already. That was
24  about 15 minutes.
25  This interview came about two days later when my client

1  was -- was remaining in jail and he called, my client actually
2  called Detective Carroll and asked to talk to her.  And so
3  arrangements were made for my client to be brought from wherever
4  he was lodged, in Jefferson County jail down the street, to I
5  believe a basement office in the jail.  And he was Mirandized
6  and he was interviewed by the two detectives, plus a detective
7  that you've heard the name of and we've been mispronouncing, and
8  I believe it's Detective Ruoff.  He's a task force officer.  And
9  he'll explain to you his background, his training and his
10 experience, but he has the same type of responsibility as
11 Carroll and Walker.  They're concentrating in combatting illegal
12 drugs and narcotics.
13     This tape-recorded statement is much longer than the first.
14 It's about an hour and 15 minutes.  So in that statement, you'll
15 hear, you know, the principals.  You'll hear my client and the
16 three other officers talking at different points in time, some
17 of which are similar -- what they talk about, the subject matter
18 is very similar to what you heard already on the first
19 tape-recorded statement.
20     But there's additional information that you will hear,
21 additional evidence that deals with my client's association with
22 Detective Ruoff going back a number of years.  And they will
23 recount during that period of time the things as an informant --
24 my client has been an informant with Detective Ruoff going back
25 all the way to 2011.  And you will hear their interactions

1   talking about things that they worked on before and work that my
2   client did on behalf of law enforcement.  And, actually, during
3   parts of these periods of time he was a paid informant for both
4   the ATF and the Louisville Metro Police Department.  So there's
5   a good bit of familiarity between Detective Ruoff and my client.
6       When you listen to the tape, besides -- I would ask you this
7   besides what they say, besides what everybody says, listen to
8   sort of like the -- just how this went and whether this was like
9   an interrogation, because it wasn't like an interrogation.
10      These people, particularly Ruoff and my client, are very
11  familiar with each other.  And the fact that it's recorded, it's
12  a lot different and it's a lot more probative or meaningful when
13  you listen to it, the respective positions of the parties.  How
14  do they treat my client during this period of time?  What's his
15  viewpoint of when he's talking to these officers?
16      So the demeanor is the word I'm going to use.  Listen to the
17  demeanor of these individuals when they're going through this
18  process, this interview process.  I'll have some questions for
19  the detective when we're finished.
20      And that will basically be the defendant's case and then be
21  sent for your deliberations.  So I appreciate your attention.
22      I will say this.  As you may have heard before on the first
23  tape, one thing that nobody can excuse -- and maybe we should
24  apologize for it, maybe it's just the nature of the beast -- is
25  everybody uses terrible language in this -- in these tapes.  And

1  that's real life and that's the way people in that line of work
2  talk.  And they like to communicate with each other with all
3  these nasty words.  So, you know, we're all grownups and we've
4  been around a while so I don't think that should be much of a
5  distraction.  Everybody here is a grownup.
6      So just be on your -- just giving you a red flag coming up,
7  everybody talks like, you know, garbage, basically.  So listen
8  to the tape.  I think it's instructive and I ask you to consider
9  that in your deliberations.
10     Thank you.
11         THE COURT:  Thank you, Mr. Simon.  Are you ready to
12 call your first witness?
13     (End of transcript.)
14                         C E R T I F I C A T E
15     I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM
16 THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
17
18
        s/Dena Legg                              January 26, 2018
19 Certified Court Reporter No. 20042A157        Date
   Official Court Reporter
20
21
22
23
24
25