# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 28, 2018

Ms. Vanessa L. Armstrong
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

   Re: Case No. 17-5910, *USA v. Louis Charlton*
      Originating Case No. : 3:16-cr-00033-1

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

              Sincerely yours,

              s/Robin L. Johnson on behalf of Jennifer Earl
              Case Manager
              Direct Dial No. 513-564-7039

cc: Mr. Larry D. Simon
   Ms. Monica Wheatley

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

_____

No: 17-5910

_____

Filed: June 28, 2018

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

LOUIS CHARLTON

      Defendant - Appellant

MANDATE

Pursuant to the court's disposition that was filed 06/06/2018 the mandate for this case hereby issues today.

COSTS: None