UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,            Plaintiff,

v.            Criminal Action No. 3:16-cr-33-DJH

LOUIS CHARLTON,            Defendant.

\* \* \* \* \*

## ORDER

In accordance with the Sixth Circuit's decision of June 6, 2018 (Docket No. 163), and the Mandate issued June 28, 2018 (D.N. 164), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter shall be **CLOSED** and **STRICKEN** from the Court's docket.

June 29, 2018

**David J. Hale, Judge**
**United States District Court**