# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

September 18, 2018

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Sep 19, 2018
DEBORAH S. HUNT, Clerk

Re: Louis Charlton
v. United States
No. 18-5983
(Your No. 17-5910)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 4, 2018 and placed on the docket September 18, 2018 as No. 18-5983.

Sincerely,

**Scott S. Harris**, Clerk

by

Melissa Blalock
Case Analyst